# Court of Appeals
# of the State of Georgia

ATLANTA,    June 19, 2012

*The Court of Appeals hereby passes the following order:*

## A12D0408. GEORGIA DEPARTMENT OF HUMAN SERVICES v. JOHNNY WRIGHT.

The Georgia Department of Human Services brought a complaint against Johnny Wright to recover child support for minor child J. B. W.  Although Wright is married to the child's mother and no divorce action is pending, the spouses are living separately.  The Department claims that it is entitled to pursue a child support award under OCGA § 19-6-10, which "provides for alimony when spouses are living separately but there is no action for divorce pending." *Goodman v. Goodman*, 253 Ga. 281 (319 SE2d 455) (1984).  The trial court ruled that the Department has no claim under that statute, and the Department seeks discretionary review in this Court.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  This jurisdiction extends to cases "involving an original claim for child support which arose in <u>either</u> a divorce <u>or</u> alimony proceeding." *Spurlock v. Department of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010) (emphasis supplied).  Because this case appears to fit that definition, it is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>06/19/2012</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*